IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| ESTATE OF ADAM WOLF,<br>by and through CLARISSA WOLF,<br>duly appointed REPRESENTATIVE;<br>ALW, by and through her parent and<br>next best friend, CLARISSA WOLF;<br>AMW, by and through her parent and<br>next best friend, CLARISSA WOLF; and<br>CLARISSA WOLF, in her own right,<br><br>    Plaintiffs,<br><br>vs.<br><br>INTERNATIONAL EAGLE EXPRESS,<br>INC., AIT WORLDWIDE LOGISTICS,<br>INC., TOTAL QUALITY LOGISTICS, LLC,<br>and ANGELO CHIARELLI,<br><br>    Defendants. | File No. 1:17-cv-30<br><br><br>DEFENDANT TOTAL QUALITY<br>LOGISTICS, LLC'S NOTICE OF<br>REMOVAL |

Defendant Total Quality Logistics, LLC ("TQL"), by and through the undersigned counsel, hereby gives notice of the removal of this action pursuant to 28 U.S.C. § 1441(a) and Local Rule 81. For its short and plain statement of the grounds for removal, TQL states as follows:

A. In this action, complete diversity exists and the amount in controversy exceeds $75,000. Plaintiff is a citizen of Nebraska. TQL is a citizen of Ohio. International Eagle Express is a citizen of Illinois. AIT Worldwide Logistics, Inc., is a citizen of Illinois. Angelo Chiarelli is a citizen of Illinois. Removal is in accordance with 28 U.S.C. § 1441(a), as this Court would have had diversity jurisdiction over this action under 28 U.S.C. § 1332(a), had Plaintiff filed his Petition with this Court. In accordance with 28 U.S.C. § 1446(b), TQL timely filed this Notice of Removal within 30 days of receipt of service of Plaintiff's Petition.

B.      Pursuant to 28 U.S.C. § 1441(a) and Local Rule 81.a.1, TQL is required to provide this Court with copies of all process, pleadings, and Orders filed in the State case. TQL has reviewed the state court's electronic docket and determined that the following pleadings have been filed:

1.  Petition at Law (filed 10/05/2017);

2.  Order assigning Judge Steensland to Case (filed 10/05/2017);

3.  Motions for Admittance Pro Hac Vice (filed 10/5/2015);

4.  Order Granting Pro Hac Vice Motions (filed 10/19/2017);

5.  Appearance by Plaintiff's counsel Jerome Okolo (filed 10/26/2017);

6.  Order Setting Trial Scheduling Conference (filed 10/26/2017);

C.      For its statement of facts pursuant to Local Rule 81(f), demonstrating the jurisdictional requirements for removal, TQL states as follows:

**<u>INTRODUCTION</u>**

1.      On March 3, 2017, Plaintiff commenced this action with the filing of his Petition in the Iowa District Court for Pottawattamie County, Iowa. Plaintiff seeks compensatory damages arising from an automobile accident.

2.      In accordance with 28 U.S.C. § 1448(b), TQL timely filed this Notice of Removal within 30 days of its receipt of service.

3.      Under 28 U.S.C. § 1441(a), an action "of which the district courts of the United States have original jurisdiction," may be removed to federal court if it timely petition for removal is filed.  Thus, the state court action may be removed to federal court if the federal court would have had diversity jurisdiction over the action under 28 U.S.C. § 1332(a) as of the time of the initial pleading and when the removal notice is filed.  *Hatridge v. Aetna Cas. & Sur. Co.*,

415 F.2d. 809, 814 (8th Cir. 1969); *McKorkindale v. American Home Assurance Co.*, 909 F. Supp. 646, 650 (N.D. Iowa 1995). Plaintiff could have filed his Petition with this Court, as complete diversity of citizenship existed and the amount in controversy exceeds $75,000.

## COMPLETE DIVERSITY EXISTS AS TO ALL PARTIES

4.      Plaintiff is a citizen of Nebraska (Defendant's Exhibit A, Petition, ¶ 1). TQL is an Ohio corporation with its principal place of business in Ohio. (Defendant's Exhibit B). International Eagle Express is a citizen of Illinois. AIT Worldwide Logistics, Inc., is a citizen of Illinois. Angelo Chiarelli is a citizen of Illinois. TQL is a citizen of Ohio. 28 U.S.C. § 1332(c)(1) (a corporation is a citizen of the state of its incorporation and in the state of its principal place of business). Complete diversity is present in this case where a citizen of Nebraska has sued businesses and an individual with citizenship from other states. *See* 28 U.S.C. § 1332(a)(1) (citizens of different states are diverse).

## THE ACTUAL AMOUNT IN CONTROVERSY EXCEEDS $75,000

5.      The amount in controversy, under 28 U.S.C. § 1332, requires the sum or value of the lawsuit to exceed $75,000 for the district court to have original jurisdiction. The amount in controversy is to be judged at the time of the removal by considering the claims of the named plaintiff(s). *Kessler v. National Enterprises, Inc.*, 347 F.3d 1076, 1080 (8th Cir. 2003). The controlling issue is not whether the damages are greater than the jurisdictional amount, but whether the fact finder might legally conclude they are." *Kopp v. Kopp*, 280 F.3d 883, 885 (8th Cir. 2002). Plaintiff has alleged TQL was negligent, and Plaintiff seeks to recover compensatory damages. Although TQL disputes Plaintiff's allegations, a fact finder could legally conclude damages are greater than $75,000, given the allegations.

6.      TQL reserves the right to amend and/or supplement this Notice of Removal.

WHEREFORE, Defendant Total Quality Logistics, LLC, hereby removes the above captioned case from the Iowa District Court for Pottawattamie County, bearing Case Number LACV116774 to the United States District Court for the Southern District of Iowa.

Respectfully submitted,

GREFE & SIDNEY, P.L.C.

By  /s/ Mark W. Thomas_____
Mark W. Thomas  AT0007832
500 East Court Avenue, Suite 200
P.O. Box 10434
Des Moines, IA   50306
Telephone:    515/245-4300
Telefax:        515/245-4452
mthomas@grefesidney.com
ATTORNEY FOR DEFENDANT
TOTAL QUALITY LOGISTICS, LLC

PROOF OF SERVICE

The undersigned certified that the foregoing instrument was served upon all parties to the above cause by service upon each of the attorneys of record herein at their respective addresses disclosed on the pleadings on the 27th day of October, 2017 pursuant to electronic filing procedures.

Brett J. Beattie
Beattie Law Firm
4300 Grand Avenue
Des Moines, IA  50312
brett.beattie@beattielawfirm.com

Jerome C. Okolo
Okolo Law Firm LLC
7930 Blondo Street
Omaha, NE  68134
jokolo@okololaw.com

Judith A. Wells
Law Office of Judith A. Wells
1603 Farnam Street
Omaha, NE  68102
jawells50@aol.com
ATTORNEYS FOR PLAINTIFFS
CLARISSA WOLF AS PERSONAL

REPRESENTATIVE OF THE ESTATE
OF ADAM WOLF, SURVIVING SPOUSE
OF ADAM WOLF AND LEGAL GUARDIAN
OF AMW AND ALW

Signature:  _/s/ Mark W. Thomas_____