## IN THE IOWA DISTRICT COURT FOR POTTAWATTAMIE COUNTY, IOWA

| | |
|---|---|
| ESTAT OF ADAM WOLF, by and through CLARISSA WOLF, duly appointed REPRESENTATIVE; ALW, by and through her parent and next best friend, CLARISSA WOLF; AMW, by and through her parent and next best friend, CLARISSA WOLF; and CLARISSA WOLF, in her own right,<br>     Plaintiffs'<br><br>      v.<br><br><br><br>INTERNATIONAL EAGLE EXPRESS, INC., AIT WORLDWIDE LOGISTICS, INC., TOTAL QUALITY LOGISTICS, LLC, and ANGELO CHIARELLI,<br>     Defendants. | Law No. _____<br><br><br><br>**PETITION AND DEMAND FOR JURY TRIAL** |

COMES NOW, all Plaintiffs, by and through their attorneys' Jerome Okolo and Judith Wells, and for their causes of action state as follows:

### PARTIES, JURISDICTION AND VENUE

1. At all times material hereto, the Estate of Adam Wolf is an Estate, pending in Douglas County Probate Court, Douglas County, Nebraska.

2. Clarissa Wolf is the duly appointed and authorized Personal Representative of the Estate of Adam Wolf and the surviving spouse of the decedent, Adam Wolf.

3. ALW and AMW are the natural born children of the decedent, Adam Wolf and Clarissa Wolf.  Each is a minor child and a resident of the State of Nebraska.  Pursuant to Rule 16.602-606 of the Iowa Rules Pertaining to the use of the Electronic Document Management System, the full legal names of the minor children have been omitted and



EXHIBIT
A

1

replaced with initials, but the full legal names will be provided on the Court's protected information form and shared with the parties once an appropriate protective order is entered in this matter.

4.      On information and belief, at all times material hereto, Defendant, International Eagle Express, Inc. while a foreign Defendant is and has done business in the State of Iowa and has placed its products and offered its services in the stream of commerce with the intent and expectation that they reach Iowa residents.

5.      International Eagle Express, Inc. is subject to the jurisdiction of Iowa courts pursuant to Iowa's long arm statute.

6.      On information and belief, at all times material hereto, Defendant, AIT Worldwide Logistics, Inc. while a foreign Defendant is and has done business in the State of Iowa and has placed its products and offered its services in the stream of commerce with the intent and expectation that they reach Iowa residents.

7.      AIT Worldwide Logistics, Inc. is subject to the jurisdiction of Iowa courts pursuant to Iowa's long arm statute.

8.      On information and belief, at all times material hereto, Defendant, Total Quality Logistics, LLC, while a foreign Defendant is and has done business in the State of Iowa and has placed its products and offered its services in the stream of commerce with the intent and expectation that they reach Iowa residents.

9.      Total Quality Logistics, LLC, is subject to the jurisdiction of Iowa courts pursuant to Iowa's long arm statute.

10.     On information and belief, at all times material hereto, Defendant, Angelo Chiarelli was employed as a commercial driver for International Eagle Express, Inc. and

was performing actions within his authority as an employee while present in the State of Iowa on November 4, 2016.

11.     On information and belief, Defendant, Angelo Chiarelli is a resident of the State of Illinois.

12.     Angelo Chiarelli is subject to the jurisdiction of Iowa courts pursuant to Iowa's long arm statute.

13.     This Court has personal jurisdiction over the Defendants, and venue is proper in this county because the acts of wrongdoing that are the subject of this lawsuit occurred in Pottawattamie County, Iowa and the harm to the Plaintiff's was suffered in Pottawattamie County, Iowa.

14.     The amount in controversy in this lawsuit exceeds $50,000 and thus venue is proper in this Court and this case is not appropriate as an expedited proceeding.

## COMMON FACTS

15.     On Friday, November 4, 2016, Angelo Chiarelli, while operating a Semi Tractor Trailer under the terms of his employment as a commercial driver for his employer, International Eagle Express, Inc., was Eastbound on Interstate I-80 near Atlantic, Iowa.

16.     International Eagle Express, Inc. was selected by AIT Worldwide Logistics, Inc. and its authorized broker agent, Total Quality Logistics, LLC, to transport freight for AIT's client, which Mr. Chiarelli was transporting at the time.

17.     At the time, AIT Worldwide Logistics, Inc. was duly licensed by the Federal Motor Carrier Safety Administration as a motor carrier and was operating as a motor carrier for the purpose of transporting the freight which Mr. Chiarelli was transporting.

18. International Eagle Express, Inc. was acting within the scope of its business relationship with AIT Worldwide Logistics, Inc. through the authority of AIT Worldwide Logistics, Inc. broker agent, Total Quality Logistics, LLC.

19. Mr. Chiarelli operated his vehicle in a manner such that the vehicle left the interstate roadway, struck the guardrail, rebounded to strike the South side of the roadway bridge, struck the North side of the same bridge, rolled over onto its left side and eventually slid to a stop blocking both sides of the Interstate roadway and the North shoulder.

20. Adam Wolf was also operating a Semi Tractor Trailer under the terms of his employment as a commercial driver for Mail Contractors of America, when his vehicle, unable to stop or avoid Mr. Chiarelli's vehicle, collided with it, causing both vehicles to burst into flames.

21. Mr. Wolf was unable to escape the wreckage and ensuing flames and was pronounced dead at the scene after being extracted from his flaming vehicle.

22. The fire and blunt force trauma resulting from the collision caused severe injury to Adam Wolf, which injuries ultimately resulted in his death.

23. Mr. Chiarelli's loss of control of his vehicle, causing it to block both sides of the Interstate, caused an unreasonable risk of harm to other users of the Interstate, including Adam Wolf.

24. It was reasonably foreseeable that Mr. Chiarelli's vehicle blocking both sides of the Interstate would cause a collision with other users of the Interstate, including Adam Wolf.

25.    A post-accident investigation carried out by the Iowa State Patrol, District 3 reached the conclusion that Mr. Chiarelli was at fault for the collision, injuries, and death of Mr. Wolf. In this same investigation report, Mr. Chairelli was found to have violated Iowa Code, Chapter 707.6A (2), and 49 CFR Part 395, Driving over hours.

26.    The collision, fire, injuries and damages as set forth in this Petition, along with Defendants' negligence is within the scope of each Defendant's liability as set forth herein and as will be proved at trial.

27.    The Defendants are jointly and severally liable to the Plaintiffs for the injuries and damages set forth herein.

**DIVISION I**

**Wrongful Death**

28.    That these Plaintiffs, individually, jointly, and/or severally replead and reallege the allegations of this Petition, including each and every paragraph of this Petition appearing above and appearing below this paragraph, and by this reference incorporate said paragraphs to have the same force and effect as though fully set forth herein.

29.    As a direct and proximate result of Defendants' negligent acts and omissions, occurring concurrently or otherwise, Plaintiffs have suffered injury and damage and are entitled to damages, including for loss of consortium as set forth in Division II of this Petition, which allegations are by this reference incorporated as though fully set forth herein.

30.    As a direct, actual and proximate cause of the above stated allegations, the damages sustained by the Plaintiff, the Estate of Adam Wolf, includes but is not limited to:

a.      Diminution in present worth of the value of the Estate;

b.      Present value of the additional amounts Decedent would reasonably be expected to have accumulated as a result of his own effort had Decedent lived out the term of his natural life;

c.      Lost earning capacity and loss of income to the Estate;

d.      Funeral expenses and interest on funeral expenses;

e.      Pre-death physical and mental pain and suffering;

f.      Pre-death loss of full mind and body;

g.      Past Doctor, Hospital, Medical Transportation, Autopsy and all other charges for medicine, diagnosis, care and treatment;

h.      Any other economic losses which may be shown during discovery in this matter.

31.     As a direct, actual and proximate cause of Defendants' various acts and omissions, as alleged above, including as a result of Defendant, Angelo Chiarelli's negligent acts, the Plaintiffs herein have sustained the above stated damages and are entitled to just, reasonable, and adequate compensation therefore.

WHEREFORE, all Plaintiffs pray for judgment against the Defendants, jointly and severally, including, International Eagle Express, Inc., AIT Worldwide Logistics, Inc., Total Quality Logistics, LLC, and Angelo Chiarelli, in an amount that is just, reasonable, and adequate compensation together with interest as by law allowed, and the costs of this action.

## DIVISION II

### Loss of Consortium, Support, Companionship and Society

6

32.     That these Plaintiffs, individually, jointly, and/or severally replead and reallege the allegations of this Petition, including each and every paragraph of this Petition appearing above and appearing below this paragraph, and by this reference incorporate said paragraphs to have the same force and effect as though fully set forth herein.

33.     That Clarissa Wolf, the surviving spouse of the Decedent, Adam Wolf, and his natural born children with Ms. Wolf, ALW and AMW, have suffered unjust hardship and loss of services, companionship, society, support, fellowship and consortium all by reason of the injuries and damages sustained by their husband and father, Adam Wolf, and are entitled to damages for the same.

34.     As a direct, actual and proximate cause of Defendants' various acts and omissions, as alleged above, including as a result of Defendant, Angelo Chiarelli's negligent acts, the Plaintiffs herein have sustained the above stated damages and are entitled to just, reasonable, and adequate compensation therefore.

WHEREFORE, all Plaintiffs pray for judgment against the Defendants, jointly and severally, including, International Eagle Express, Inc., AIT Worldwide Logistics, Inc., Total Quality Logistics, LLC, and Angelo Chiarelli, for such sums as would reasonably compensate them for their injuries, statutory interest, wrongful death, and loss of consortium, and the costs of this action and for such other and further relief as would be just and equitable in the premises.

## DIVISION III

### Negligence – Angelo Chiarelli

35.     That these Plaintiffs, individually, jointly, and/or severally replead and reallege the allegations of this Petition, including each and every paragraph of this Petition

appearing above and appearing below this paragraph, and by this reference incorporate said paragraphs to have the same force and effect as though fully set forth herein.

36. That Angelo Chiarelli owed Plaintiffs and Adam Wolf a duty to safely operate his vehicle within the laws and regulations guiding the operation of Semi-Tractor trailers transporting freight on national Interstate roadways within the State of Iowa.

37. Defendant, Angelo Chiarelli breached those duties by operating his vehicle in an unsafe manner and in violation of applicable laws and regulations including, Iowa Code Chapter 707.6A (2) and 49 CFR Part 395.

38. As a direct, actual and proximate cause of Defendants' various acts and omissions, as alleged above, including as a result of Defendant, Angelo Chiarelli's negligent acts, the Plaintiffs herein have sustained the above stated damages and are entitled to just, reasonable, and adequate compensation therefore.

WHEREFORE, all Plaintiffs pray for judgment against the Defendants, jointly and severally, including, International Eagle Express, Inc., AIT Worldwide Logistics, Inc., Total Quality Logistics, LLC, and Angelo Chiarelli, in an amount that is just, reasonable, and adequate compensation together with interest as allowed by law, and the costs of this action.

## DIVISION IV

### Vicarious Liability – International Eagle Express

39. That these Plaintiffs, individually, jointly, and/or severally replead and reallege the allegations of this Petition, including each and every paragraph of this Petition appearing above and appearing below this paragraph, and by this reference incorporate said paragraphs to have the same force and effect as though fully set forth herein.

40.     That Angelo Chiarelli was employed as a driver for International Eagle Express, Inc. and was acting within the scope of his employment on November 4, 2016, when he caused the physical injuries, conscious pain and suffering, and death of the Decedent, Adam Wolf.

41.     That International Eagle Express, Inc., as Mr. Chiarelli's employer, is liable for all his acts and omissions which directly and/or proximately caused the above stated damages as pled by the Plaintiffs.

42.     As a direct, actual and proximate cause of Defendants' various acts and omissions, as alleged above, including as a result of Defendant, Angelo Chiarelli's negligent acts, the Plaintiffs herein have sustained the above stated damages and are entitled to just, reasonable, and adequate compensation therefore.

WHEREFORE, all Plaintiffs pray for judgment against the Defendants, jointly and severally, including, International Eagle Express, Inc., AIT Worldwide Logistics, Inc., Total Quality Logistics, LLC, and Angelo Chiarelli, in an amount that is just, reasonable, and adequate compensation together with interest as allowed by law, and the costs of this action.

### DIVISION V

### Negligence – AIT Worldwide Logistics, Inc., Non Delegable Duty

43.     That these Plaintiffs, individually, jointly, and/or severally replead and reallege the allegations of this Petition, including each and every paragraph of this Petition appearing above and appearing below this paragraph, and by this reference incorporate said paragraphs to have the same force and effect as though fully set forth herein.

44.     That Defendant, AIT Worldwide Logistics, Inc. was duly licensed by the Federal Motor Carrier Safety Administration ("FMCSA") as a motor carrier and was operating as a motor carrier for the purpose of transporting the freight which Mr. Chiarelli was transporting.

45.     That as a duly licensed FMCSA carrier, AIT Worldwide Logistics, Inc. was subject to all the laws and regulations guiding the safe transportation of freight by carriers licensed under FMCSA regulations.

46.     That AIT Worldwide Logistics, Inc. was also subject to all extant Iowa State and Federal laws and regulations guiding safe transportation of freight by licensed carriers, including any agreements entered into for the transportation of said freight.

47.     That AIT Worldwide Logistics, Inc. had a non-delegable duty to the public and the Plaintiffs to safely transport the freight under all applicable laws and any agreements entered into for the transportation of said freight.

48.     Angelo Chiarelli breached AIT Worldwide Logistics, Inc.'s non-delegable duty of care to the public and the Plaintiffs by operating his vehicle in an unsafe manner and in violation of applicable laws, regulations, and agreements, including Iowa Code Chapter 707.6A (2) and 49 CFR Part 395 while transporting said freight.

49.     As a direct, actual and proximate cause of Defendants' various acts and omissions, as alleged above, including as a result of Defendant, Angelo Chiarelli's negligent acts, the Plaintiffs herein have sustained the above stated damages and are entitled to just, reasonable, and adequate compensation therefore.

WHEREFORE, all Plaintiffs pray for judgment against the Defendants, jointly and severally, including, International Eagle Express, Inc., AIT Worldwide Logistics,

10

Inc., Total Quality Logistics, LLC, and Angelo Chiarelli, in an amount that is just, reasonable, and adequate compensation together with interest as allowed by law, and the costs of this action.

## DIVISION VI

### Negligence – AIT Worldwide Logistics, Inc. Joint Venture or alternatively, Negligent Selection

50.     That these Plaintiffs, individually, jointly, and/or severally replead and reallege the allegations of this Petition, including each and every paragraph of this Petition appearing above and appearing below this paragraph, and by this reference incorporate said paragraphs to have the same force and effect as though fully set forth herein.

51.     That AIT Worldwide Logistics, Inc. actions in selecting International Eagle Express, Inc. as the actual carrier for the freight being transported by Mr. Chiarelli evidenced an intention for AIT to be bound with International Eagle Express, Inc., including the sharing of all profits and liabilities involved in undertaking the specific task of transporting said freight, for profit.

52.     AIT Worldwide Logistics, Inc. and International Eagle Express, Inc. exercised joint control over the actions of Angelo Chiarelli in such a manner that AIT bears joint venture liability with International Eagle Express, Inc. for the acts and/or omissions of Mr. Chiarelli in transporting said freight.

53.     If, AIT Worldwide Logistics, Inc. was not in a joint venture with International Eagle Express, Inc. for the purpose of Mr. Chiarelli transporting the freight on November 4, 2016, then AIT Worldwide Logistics, Inc. had a duty of care to protect Plaintiffs from

11

harm resulting from its selection of International Eagle Express, Inc. and Andrew Chiarelli to transport its freight.

54. AIT Worldwide Logistics, Inc. breached its duty of care to the Plaintiffs by failing to exercise due care in selecting, failing to properly evaluate, supervise, and/or discipline Angelo Chiarelli and International Eagle Express, Inc. in the process of transporting said freight.

55. As a direct, actual and proximate cause of Defendants' various acts and omissions, as alleged above, including as a result of Defendant, Angelo Chiarelli's negligent acts, the Plaintiffs herein have sustained the above stated damages and are entitled to just, reasonable, and adequate compensation therefore.

WHEREFORE, all Plaintiffs pray for judgment against the Defendants, jointly and severally, including, International Eagle Express, Inc., AIT Worldwide Logistics, Inc., Total Quality Logistics, LLC, and Angelo Chiarelli, in an amount that is just, reasonable, and adequate compensation together with interest as allowed by law, and the costs of this action.

## DIVISION VII

### Negligence – Total Quality Logistics, LLC. and AIT Worldwide Logistics, Inc. Negligent Selection

56. That these Plaintiffs, individually, jointly, and/or severally replead and reallege the allegations of this Petition, including each and every paragraph of this Petition appearing above and appearing below this paragraph, and by this reference incorporate said paragraphs to have the same force and effect as though fully set forth herein.

57.     That Total Quality Logistics, LLC, was the broker for the selection of International Eagle Express, Inc. to transport the said freight on behalf of AIT Worldwide Logistics, Inc.

58.     Total Quality Logistics, LLC, had a duty of care to protect Plaintiffs from harm resulting from its selection of International Eagle Express, Inc. and Andrew Chiarelli to transport freight on behalf of AIT Worldwide Logistics, Inc.

59.     Total Quality Logistics, LLC and AIT Worldwide Logistics, Inc, breached their duty of care to the Plaintiffs by failing to exercise due care in selecting, failing to properly evaluate, supervise, and/or discipline Angelo Chiarelli and International Eagle Express, Inc. in the process of transporting said freight.

60.     As a direct, actual and proximate cause of Defendants' various acts and omissions, as alleged above, including as a result of Defendant, Angelo Chiarelli's negligent acts, the Plaintiffs herein have sustained the above stated damages and are entitled to just, reasonable, and adequate compensation therefore.

WHEREFORE, all Plaintiffs pray for judgment against the Defendants, jointly and severally, including, International Eagle Express, Inc., AIT Worldwide Logistics, Inc., Total Quality Logistics, LLC, and Angelo Chiarelli, in an amount that is just, reasonable, and adequate compensation together with interest as allowed by law, and the costs of this action.

## DIVISION VIII

**Negligence – International Eagle Express, Inc.  AIT Worldwide Logistics, Inc. and Total Quality Logistics, LLC. Negligent Supervision**

13

61.    That these Plaintiffs, individually, jointly, and/or severally replead and reallege the allegations of this Petition, including each and every paragraph of this Petition appearing above and appearing below this paragraph, and by this reference incorporate said paragraphs to have the same force and effect as though fully set forth herein.

62.    At all times relevant, Mr. Chiarelli was under the direction, supervision, and control of International Eagle Express, Inc. AIT Worldwide Logistics, Inc. and Total Quality Logistics, LLC or was otherwise their agent.

63.    By entrusting Mr. Chiarelli with the responsibility and authority to safely transport freight on their behalf through his operation of a Semi trailer on the Interstate roadways, Defendants entered into an express and/or implied duty to ensure that Mr. Chiarelli operated his vehicle in a manner to protect the safety of all other users of the Interstate roadways, including Mr. Wolf.

64.    Defendants further assumed this duty by holding out Mr. Chiarelli as a safe and qualified driver who would operate his vehicle in accordance with all applicable statutes and regulations including, Iowa Code Chapter 707.6A (2) and 49 CFR Part 395.

65.    It was reasonably foreseeable that Mr. Chiarelli's operation of his vehicle in violation of Iowa Code Chapter 707.6A (2) and 49 CFR Part 395 created an unreasonable risk of harm to other users of the Interstate roadway, including Mr. Wolf.

66.    Despite this knowledge, Defendants acting jointly and/or severally failed to exercise reasonable care to supervise Mr. Chiarelli.

67.    As a direct, actual and proximate cause of Defendants' various acts and omissions, as alleged above, including as a result of Defendant, Angelo Chiarelli's

negligent acts, the Plaintiffs herein have sustained the above stated damages and are entitled to just, reasonable, and adequate compensation therefore.

WHEREFORE, all Plaintiffs pray for judgment against the Defendants, jointly and severally, including, International Eagle Express, Inc., AIT Worldwide Logistics, Inc., Total Quality Logistics, LLC, and Angelo Chiarelli, in an amount that is just, reasonable, and adequate compensation together with interest as allowed by law, and the costs of this action.

### JURY DEMAND

Plaintiffs demand a jury trial of all issues arising from these causes of action.

Respectfully Submitted,

BEATTIE LAW FIRM, P.C.,

By: /s/ Brett J Beattie
    Brett J. Beattie, AT0008988
    Beattie Law Firm
    4300 Grand Ave
    Des Moines, IA  50312
    Phone:  515-263-1000
    Fax:  515-263-1411
    Email:
    brett.beattie@beattielawfirm.com

    /s/ Jerome Okolo
    Jerome C. Okolo #23528
    OKOLO LAW FIRM, LLC
    7930 Blondo St.
    Omaha, NE 68134
    P: (402) 502-0512
    F: (402) 502-8323
    Jokolo@okololaw.com
    Attorney for Plaintiffs
    (Application for Admission by Motion
    pending)

15

/s/ Judith A. Wells, #23090
Law Office of Judith A. Wells
1603 Farnam Street
Omaha, NE 68102
(402) 884 2777
(402) 344 7798 facsimile
Jawells50@aol.com
(Application for Admission by Motion
pending)


Attorneys for Plaintiffs, Clarissa Wolf
as personal representative of the Estate
of Adam Wolf and surviving spouse of
Adam Wolf and Legal Guardian of
AMW and ALW

CA4013

State of Iowa, District Court POTTAWATTAMIE County

CLARISSA WOLF
ESTATE OF ADAM WOLF

CASE NO. 04781  LACV116774

ORDER FOR INDIVIDUAL CASE ASSIGNMENT

Plaintiff / Petitioner

vs.

INTERNATIONAL EAGLE EXPRESS INC
TOTAL QUALITY LOGISTICS LLC
ANGELO CHIARELLI
AIT WORLDWIDE LOGISTICS INC

Defendant / Respondent

IT IS ORDERED:

Judge Gregory W. Steensland is designated as the Judge to preside over all future proceedings in this case.

If there are pending matters that should be determined before the trial/hearing, counsel shall promptly bring those matters to the attention of the presiding Judge.

/s/ Marsha Weberg, Assistant Court Administrator
712-328-5871

Copies to:

BRETT JOSEPH BEATTIE

### IN THE IOWA DISTRICT COURT FOR POTTAWATTAMIE COUNTY, IOWA

| | | |
|---|---|---|
| ESTATE OF ADAM WOLF, by and through CLARISSA WOLF, duly appointed REPRESENTATIVE; ALW, by and through her parent and next best friend, CLARISSA WOLF; AMW, by and through her parent and next best friend, CLARISSA WOLF; and CLARISSA WOLF, in her own right, <br> Plaintiffs' | ) ) ) ) ) ) ) ) ) ) | Law No. LACV116774 |
| v. | ) ) ) ) ) | **MOTION FOR ADMISSION – PRO HAC VICE FOR ATTORNEYS JEROME OKOLO AND JUDITH WELLS** |
| INTERNATIONAL EAGLE EXPRESS, INC., AIT WORLDWIDE LOGISTICS, INC., TOTAL QUALITY LOGISTICS, LLC, and ANGELO CHIARELLI, <br> Defendants. | ) ) ) ) ) ) | |

COMES NOW, the undersigned, Brett J. Beattie, and petitions this Court to admit attorneys Jerome Okolo and Judith Wells to act as co-counsel Pro Hae Vice. In support thereof, it is stated as follows:

1) The undersigned is admitted to practice and is in good standing as an attorney in the State of Iowa.

2) Attorneys Jerome Okolo and the law firm of OKOLO LAW FIRM, LLC, 7930 Blondo St., Omaha, NE 68134, as well Judith Wells, Law Office of Judith A. Wells, 1603 Farnam Street, Omaha, NE 68102, have been involved as co-counsel on behalf of Plaintiffs with respect to this lawsuit.

3) Both Judith Wells and Jerome Okolo are, and have been, members in good standing in the bar of the State of Nebraska.

4) Both Judith Wells and Jerome Okolo have each provided an Affidavit (attached) that affirms their agreement to submit to and comply with all provisions and requirements of the Iowa Code of Professional Responsibility for Lawyers.

5) A proposed order is submitted herewith.

WHEREFORE, the undersigned respectfully prays the Court admit attorneys Jerome Okolo and Judith Wells Pro Hac Vice to act as co-counsel in the above captioned matter.


Respectfully Submitted,

BEATTIE LAW FIRM, P.C.,


By: /s/ Brett J Beattie
    Brett J. Beattie, AT0008988
    Beattie Law Firm
    4300 Grand Ave
    Des Moines, IA  50312
    Phone:  515-263-1000
    Fax:  515-263-1411
    Email: brett.beattie@beattielawfirm.com

Rule 31.25—Form 1: *Application for Admission Pro Hac Vice--District Court*

## Iowa District Court for ___POTTAWATTAMIE___ County
*County where your case is filed*

| CLARISSA WOLF, et al. | Case no. ___ |
|---|---|
| | **Application for Admission Pro Hac Vice--District Court** Iowa Court Rule 31.14 |

**Plaintiff(s)**
*Full name: first, middle, last*

vs.

INTERNATIONAL LEGAL EXPRESS INC., AIT

and WORLDWIDE LOGITSTICS, INC

**Defendant(s)**
*Full name: first, middle, last*

### 1. Application

The undersigned seeks permission to appear pro hac vice in the above-captioned proceeding.
*Applicant must complete all of the following:*
If this matter involves review of an agency action, did the applicant seek admission pro hac vice in the proceedings below? ☐ Yes ☒ No
*If yes, attach copies of all related documents.*

a. Applicant's full name, residential address, email address, and business address.

| Judith A. Wells | | jawells50@aol.com | | |
|---|---|---|---|---|
| *Full name: first, middle, last* | | *Email address* | | |
| 1603 Farnam Street | Omaha | NE | | 68102 |
| *Mailing address* | *City* | *State* | | *ZIP code* |
| 1603 Farnam Street | Omaha | NE | | 68102 |
| *Business address* | *City* | *State* | | *ZIP code* |

b. The name, address, and telephone number of each client to be represented.
Clarissa Wolf, 2747 Fontennele Blvd, Omaha, NE 68104 (402) 686 6814

c. The courts before which the applicant has been admitted to practice and the respective periods of admission and any jurisdiction in which the out-of-state lawyer has been licensed to practice as a foreign legal consultant and the respective period of licensure.
Nebraska 2005

d. Has the applicant ever been denied admission pro hac vice in this state?
☐ Yes ☒ No

Rule 31.25—Form 1: *Application for Admission Pro Hac Vice--District Court,* continued

*If yes, on a separate page specify the caption of the proceedings, the date of the denial, and what findings were made. Attach copies of all related documents.*

e. Has the applicant ever had admission pro hac vice revoked in this state?

☐ Yes ☒ No

*If yes, on a separate page specify the caption of the proceedings, the date of the denial, and what findings were made. Attach copies of all related documents.*

f. Has the applicant ever been denied admission in any jurisdiction for reasons other than failure of a bar examination? ☐ Yes ☒ No

*If yes, on a separate page specify the caption of the proceedings, the date of the denial, and what findings were made. Attach copies of all related documents.*

g. Has the applicant ever been formally disciplined or sanctioned by any court in this state? ☐ Yes ☒ No

*If yes, on a separate page specify the nature of the allegations, the name of the authority bringing such proceedings, the caption of the proceedings, the date filed, what findings were made, and what action was taken in connection with those proceedings. Attach copies of all related documents.*

h. Has the applicant ever been the subject of any injunction, cease-and-desist letter, or other action arising from a finding that the applicant engaged in the unauthorized practice of law in this state or elsewhere? ☐ Yes ☒ No

*If yes, on a separate page specify the nature of the allegations, the name of the authority bringing such proceedings, the caption of the proceedings, the date filed, what findings were made, and what action was taken in connection with those proceedings. Attach copies of all related documents.*

i. Has any formal, written disciplinary proceeding ever been brought against the applicant by a disciplinary authority or unauthorized practice of law commission in any other jurisdiction within the last five years? ☐ Yes ☒ No

*If yes, on a separate page specify as to each such proceeding: the nature of the allegations, the name of the person or authority bringing such proceedings, the date the proceedings were initiated and finally concluded, the style of the proceedings, and the findings made and actions taken in connection with those proceedings. Attach copies of all related documents.*

j. Has the applicant ever been placed on probation by a disciplinary authority in any other jurisdiction? ☐ Yes ☒ No

*If yes, on a separate page specify the jurisdiction, caption of the proceedings, the terms of the probation, and what findings were made. Attach copies of all related documents.*

k. Has the applicant ever been held formally in contempt or otherwise sanctioned by any court in a written order in the last five years for disobedience to the court's rules or orders? ☐ Yes ☒ No

*If yes, on a separate page specify the nature of the allegations, the name of the court before which such proceedings were conducted, the date of the contempt order or sanction, the caption of the proceedings, and the substance of the court's rulings. Attach to this application a copy of the written order or a transcript of the oral ruling and other related documents.*

l. Has the applicant filed an application to appear pro hac vice in this state within the preceding two years? ☐ Yes ☒ No

Rule 31.25—Form 1: *Application for Admission Pro Hac Vice--District Court*, continued

*If yes, on a separate page list the name and address of each court or agency and a full identification of each proceeding in which an application was filed, including the date and outcome of the application. Attach copies of all related documents.*

m. The applicant acknowledges familiarity with the rules of professional conduct, the disciplinary procedures of this state, the standards for professional conduct, the applicable local rules, and the procedures of the court before which the applicant seeks to practice. ☒ Yes ☐ No

n. List the name, address, telephone number, email address, and personal identification number of an in-state lawyer in good standing of the bar of this state who will sponsor the applicant's pro hac vice request.

| Brett J. Beattie | AT0000736 | brett.beattie@beattielawfirm.com | | |
|---|---|---|---|---|
| *Lawyer's name* | *PIN* | *Email address* | | |
| 4300 Grand Avenue | | Des Moines | Iowa | 50312 |
| *Lawyer's address* | | *City* | *State* | *ZIP code* |

o. The applicant acknowledges that service upon the in-state attorney in all matters connected with the proceedings will have the same effect as if personally made upon the applicant. ☒ Yes ☐ No

p. If the applicant has appeared pro hac vice in this state in five proceedings within the preceding two years, the applicant must, on a separate attached page, provide a statement showing good cause why the applicant should be admitted in the present proceeding.

q. On a separate attached page the applicant must provide any other information the applicant deems necessary to support the application for admission pro hac vice.

r. Has the applicant registered with the office of professional regulation and paid the fee as required by Iowa Court Rule 31.14(11) within five years of the date of this application? ☒ Yes ☐ No

**Lawyer's Oath and Signature and Certificate of Service on next page**

Rule 31.25—Form 1: *Application for Admission Pro Hac Vice--District Court*, continued

## 2. Oath and Signature

I, _Judith Ann WElls_____, have read this Application, and I certify under

*Print your name*

penalty of perjury and pursuant to the laws of the State of Iowa that the preceding is true and correct.

Signed on: _September 1_____, 20_17_    _Judith C. Wells_____

*Signed on:* *Month*   *Day*   *Year*   *Your signature**

1603 Farnam Street_____    Omaha_____    NE____    68102____

*Mailing address*   *City*   *State*   *ZIP code*

(402) 884 2777____    jawells50@aol.com_____    _____

*Telephone number*   *Email address*   *Additional email address, if applicable*

\* *If filing in paper, you must handwrite your signature on this form. If filing electronically, you may handwrite your signature on the form, scan the form, and then file it electronically, or, you may affix a digitized signature and file the form electronically.*

## Certificate of Service

The undersigned certifies a copy of this application was served on the following parties:

A copy of this application was filed on the same day as the Petition using the Court's electronic filing and document management system prior to the appearance of any party.

on the _5th____ day of _October_____, 20_17_

*Month*   *Year*

by ☐ Personal delivery    ☐ Deposit in the U.S. mail

/s/ Brett J Beattie_____

*Signature of server*

**Rule 31.25—Form 1:** *Application for Admission Pro Hac Vice--District Court*

| **Iowa District Court for** Pottawattamie **County** | |
|---|---|
| *County where your case is filed* | |
| Clarissa Wolf, et al. | Case no.: |
| **Plaintiff(s)**<br>*Full name: first, middle, last* | **Application for Admission**<br>**Pro Hac Vice--District Court**<br>Iowa Court Rule 31.14 |
| VS. | |
| International Eagle Express, Inc. Total Quality Logistics, LL and AIT | |
| Worldwide Logistics, Inc. | |
| **Defendant(s)**<br>*Full name: first, middle, last* | |

1. **Application**

   The undersigned seeks permission to appear pro hac vice in the above-captioned proceeding.
   *Applicant must complete all of the following:*
   If this matter involves review of an agency action, did the applicant seek admission pro hac vice in
   the proceedings below? ☐ Yes ☒ No
   *If yes, attach copies of all related documents.*

   a. Applicant's full name, residential address, email address, and business address.

   | Jerome Okolo | jokolo@okololaw.com | | |
   |---|---|---|---|
   | *Full name: first, middle, last* | *Email address* | | |
   | 7930 Blondo St | Omaha | NE | 68134 |
   | *Mailing address* | *City* | *State* | *ZIP code* |
   | 7930 Blondo St | Omaha | NE | 68134 |
   | *Business address* | *City* | *State* | *ZIP code* |

   b. The name, address, and telephone number of each client to be represented.

   Clarissa Wolf 2747 Fontenelle Boulevard Omaha NE 68104 (402) 595-8814

   c. The courts before which the applicant has been admitted to practice and the
   respective periods of admission and any jurisdiction in which the out-of-state lawyer
   has been licensed to practice as a foreign legal consultant and the respective
   period of licensure.

   Iowa (Inactive) 2006; Nebraska (active) 2007

   d. Has the applicant ever been denied admission pro hac vice in this state?
   ☐ Yes ☒ No

Rule 31.25—Form 1: *Application for Admission Pro Hac Vice--District Court,* continued

*If yes, on a separate page specify the caption of the proceedings, the date of the denial, and what findings were made. Attach copies of all related documents.*

e. Has the applicant ever had admission pro hac vice revoked in this state?

☐ Yes  ☒ No

*If yes, on a separate page specify the caption of the proceedings, the date of the denial, and what findings were made. Attach copies of all related documents.*

f. Has the applicant ever been denied admission in any jurisdiction for reasons other than failure of a bar examination?  ☐ Yes  ☒ No

*If yes, on a separate page specify the caption of the proceedings, the date of the denial, and what findings were made. Attach copies of all related documents.*

g. Has the applicant ever been formally disciplined or sanctioned by any court in this state?  ☐ Yes  ☒ No

*If yes, on a separate page specify the nature of the allegations, the name of the authority bringing such proceedings, the caption of the proceedings, the date filed, what findings were made, and what action was taken in connection with those proceedings. Attach copies of all related documents.*

h. Has the applicant ever been the subject of any injunction, cease-and-desist letter, or other action arising from a finding that the applicant engaged in the unauthorized practice of law in this state or elsewhere?  ☐ Yes  ☒ No

*If yes, on a separate page specify the nature of the allegations, the name of the authority bringing such proceedings, the caption of the proceedings, the date filed, what findings were made, and what action was taken in connection with those proceedings. Attach copies of all related documents.*

i. Has any formal, written disciplinary proceeding ever been brought against the applicant by a disciplinary authority or unauthorized practice of law commission in any other jurisdiction within the last five years?  ☐ Yes  ☒ No

*If yes, on a separate page specify as to each such proceeding: the nature of the allegations, the name of the person or authority bringing such proceedings, the date the proceedings were initiated and finally concluded, the style of the proceedings, and the findings made and actions taken in connection with those proceedings. Attach copies of all related documents.*

j. Has the applicant ever been placed on probation by a disciplinary authority in any other jurisdiction?  ☐ Yes  ☒ No

*If yes, on a separate page specify the jurisdiction, caption of the proceedings, the terms of the probation, and what findings were made. Attach copies of all related documents.*

k. Has the applicant ever been held formally in contempt or otherwise sanctioned by any court in a written order in the last five years for disobedience to the court's rules or orders?  ☐ Yes  ☒ No

*If yes, on a separate page specify the nature of the allegations, the name of the court before which such proceedings were conducted, the date of the contempt order or sanction, the caption of the proceedings, and the substance of the court's rulings. Attach to this application a copy of the written order or a transcript of the oral ruling and other related documents.*

l. Has the applicant filed an application to appear pro hac vice in this state within the preceding two years?  ☐ Yes  ☒ No

Rule 31.25—Form 1: *Application for Admission Pro Hac Vice--District Court,* continued

*If yes, on a separate page list the name and address of each court or agency and a full identification of each proceeding in which an application was filed, including the date and outcome of the application. Attach copies of all related documents.*

m.  The applicant acknowledges familiarity with the rules of professional conduct, the disciplinary procedures of this state, the standards for professional conduct, the applicable local rules, and the procedures of the court before which the applicant seeks to practice.  ☒ Yes  ☐ No

n.  List the name, address, telephone number, email address, and personal identification number of an in-state lawyer in good standing of the bar of this state who will sponsor the applicant's pro hac vice request.

| Brett J. Beattie | AT0000736 | brett.beattie@beattielawfirm.com | | |
|---|---|---|---|---|
| *Lawyer's name* | *PIN* | *Email address* | | |
| 4300 Grand Ave | | Des Moines | IA | 50312 |
| *Lawyer's address* | | *City* | *State* | *ZIP code* |

o.  The applicant acknowledges that service upon the in-state attorney in all matters connected with the proceedings will have the same effect as if personally made upon the applicant.  ☒ Yes  ☐ No

p.  If the applicant has appeared pro hac vice in this state in five proceedings within the preceding two years, the applicant must, on a separate attached page, provide a statement showing good cause why the applicant should be admitted in the present proceeding.

q.  On a separate attached page the applicant must provide any other information the applicant deems necessary to support the application for admission pro hac vice.

r.  Has the applicant registered with the office of professional regulation and paid the fee as required by Iowa Court Rule 31.14(11) within five years of the date of this application?  ☒ Yes  ☐ No

**Lawyer's Oath and Signature and Certificate of Service on next page**

Rule 31.25—Form 1: *Application for Admission Pro Hac Vice--District Court,* continued

## 2. Oath and Signature

I, Jerome Okolo _____, have read this Application, and I certify under
*Print your name*

penalty of perjury and pursuant to the laws of the State of Iowa that the preceding is
true and correct.

| October | 5 | , 20 17 | | | |
|---|---|---|---|---|---|
| *Signed on: Month* | *Day* | *Year* | *Your signature\** | | |
| 7930 Blondo St | | | Omaha | NE | 68134 |
| *Mailing address* | | | *City* | *State* | *ZIP code* |
| ( 402 ) 502-0512 | | jokolo@okololaw.com | | | |
| *Telephone number* | | *Email address* | | *Additional email address, if applicable* | |

\* *If filing in paper, you must handwrite your signature on this form. If filing electronically, you may handwrite your signature on the form, scan the form, and then file it electronically, or, you may affix a digitized signature and file the form electronically.*

## Certificate of Service

The undersigned certifies a copy of this application was served on the following parties:

A copy of this application was filed on the same day as the Petition using the Court's electronic filing and document management system prior to the appearance of any party.

on the 5th _____ day of October ____, 20 17 ____
                 *Month*        *Year*

by ☐ Personal delivery ☐ Deposit in the U.S. mail

/s/ Brett J Beattie

_____
*Signature of server*

## IN THE IOWA DISTRICT COURT FOR POTTAWATTAMIE COUNTY, IOWA

| | | |
|---|---|---|
| ESTATE OF ADAM WOLF, by and<br>through CLARISSA WOLF, duly<br>appointed REPRESENTATIVE; ALW,<br>by and through her parent and next best<br>friend, CLARISSA WOLF; AMW, by<br>and through her parent and next best<br>friend, CLARISSA WOLF; and<br>CLARISSA WOLF, in her own right,<br>Plaintiffs'<br><br>v.<br><br><br><br>INTERNATIONAL EAGLE EXPRESS,<br>INC., AIT WORLDWIDE LOGISTICS,<br>INC., TOTAL QUALITY LOGISTICS,<br>LLC, and ANGELO CHIARELLI,<br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Law No. LACV116774<br><br><br><br>**ORDER GRANTING<br>MOTION FOR ADMISSION – PRO HAC VICE<br>FOR ATTORNEYS JEROME OKOLO AND<br>JUDITH WELLS** |

The Court has before it the Motion for Admission Pro Hace Vice filed by Brett J. Beattie, an attorney licensed and a member in good standing in the State of Iowa. Pursuant to Iowa Code Section 602.10111 and Iowa Court Rule 31.14, the Motion for Admission Pro Hac Vice should be granted.

IT IS ORDER OF THE COURT that the Motions for Admission Pro Hac Vice of Jerome Okolo and Judith Wells is GRANTED and said attorneys may appear in and conduct matters before the Court in the above-captioned action. The appearance of Jerome Okolo and/or Judith Wells in this action shall subject them to knowledge of and compliance with all State and Local Rules of Court, as well as the contempt and sanction powers of the Court.



State of Iowa Courts

**Type:**          OTHER ORDER

**Case Number**     **Case Title**
LACV116774          ESTATE OF ADAM WOLF VS INT EAGLE EXPRESS INC

So Ordered

Greg W. Steensland, District Court Judge,
Fourth Judicial District of Iowa

Electronically signed on 2017-10-06 13:09:15     page 3 of 3

## IN THE IOWA DISTRICT COURT FOR POTTAWATTAMIE COUNTY, IOWA

| | | |
|---|---|---|
| **ESTATE OF ADAM WOLF, by and through CLARISSA WOLF, duly appointed REPRESENTATIVE; ALW, by and through her parent and next best friend, CLARISSA WOLF; AMW, by and through her parent and next best friend, CLARISSA WOLF; and CLARISSA WOLF, in her own right,** Plaintiffs' | ) ) ) ) ) ) ) ) ) ) | Law No. LACV116774 |
| | ) ) ) | **ENTRY OF APPEARANCE** |
| **v.** | ) ) ) ) ) | |
| **INTERNATIONAL EAGLE EXPRESS, INC., AIT WORLDWIDE LOGISTICS, INC., TOTAL QUALITY LOGISTICS, LLC, and ANGELO CHIARELLI,** Defendants. | ) ) ) ) ) ) | |

COMES NOW, Jerome Okolo, of the Okolo Law Firm, LLC, and enters his appearance as Attorney PRO HAC VICE for the PLAINTIFF in the above captioned case.

Respectfully Submitted,

_____

Jerome Okolo, #NE23528
Okolo Law Firm, LLC
7930 Blondo St.
Omaha, NE 68134
P: (402) 502-0512
F: (402) 502-8323

1

IOWA DISTRICT COURT IN AND FOR POTTAWATTAMIE  COUNTY

CLARISSA WOLF
ESTATE OF ADAM WOLF

CASE NO: 04781  LACV116774

**NOTICE OF CIVIL TRIAL-
SETTING CONFERENCE
(Use of this form is mandatory.)**

VS.

INTERNATIONAL EAGLE EXPRESS INC
TOTAL QUALITY LOGISTICS LLC
ANGELO CHIARELLI
AIT WORLDWIDE LOGISTICS INC

To the parties or their attorneys of record:

In accordance with Iowa Rule of Civil Procedure 1.906, notice is hereby given that a  **\* Trial
Scheduling Conference is scheduled on 11/09/2017 at 2:15 PM at the CALL FROM COURT
ADMINISTRATION.**
\*This date shall be no earlier than 35 days after and not later than 50 days after any Defendant/
Respondent has answered or appeared unless set sooner by special order on application of one or
more parties.

This conference shall be held:
**By telephone and shall be initiated by Coreen Gray, Judicial Specialist  at the District Court
Administator's Office.**

Attorneys for all parties appearing in the case shall participate at this conference.  Parties not
represented by  counsel shall participate in this conference and shall provide a telephone number to
the district court administrator's office prior to the date inidcated above.

At this trial-setting conference, every case will be set for trial within the time periods provided by
Iowa Court Rules Chapter 23, Time Standards for Case Processing.

**Prior to the trial-setting conference, the parties must file a Trial Scheduling and Discovery Plan, Iowa Court Rule 23.5-Form 2 (Form 3 for Expedited Civil Actions).**

In judicial districts that allow it, the parties may, in lieu of holding a trial-setting conference, first file their Trial Scheduling and Discovery Plan and then, prior to the date scheduled for the trial-setting conference, obtain a trial date from court administration that complies with the provisions of Chapter 23. The date will be entered by the Court on the Trial Scheduling and Discovery Plan.

The trial date that is agreed upon at this conference shall be a firm date. Continuances will not be granted, even if all parties agree, unless for a crucial cause that could not have been foreseen.

The Clerk of Court shall notify all counsel of record and parties not represented by counsel.

/s/ Coreen Gray, Judicial Specialist
712-328-5860

If you need assistance to participate in court due to a disability, call the disability coordinator at (712) 328-5883. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**