IN THE IOWA DISTRICT COURT FOR POTTAWATTAMIE COUNTY, IOWA

ESTATE OF ADAM WOLF, by and
Through Clarissa Wolf, duly
Appointed REPRESENTATIVE; ALW,
By and through her parent and next best
Friend, CLARISSA WOLF; and
CLARISSA WOLF, in her own right,

Case# LACV116774

    Plaintiff

v.

INTERNATIONAL EAGLE EXPRESS
INC., AIT WORLDWIDE LOGISTICS,
INC., TOTAL QUALITY LOGISTICS,
LLC, and ANGELO CHIARELLI

    Defendants

## AFFIDAVIT OF SPECIAL PROCESS SERVER

I, Lisa Everett, being first duly sworn on oath depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Lisa M Everett PI, a licensed Private Detective Agency & Process Agency, license number PI20900515 appointed by the court, to serve process in the above referenced case.

**TYPE OF PROCESS:** ORIGINAL NOTICE, PETITION AND DEMAND FOR JURY TRIAL

**PARTY TO BE SERVED:** International Eagle Express, Inc., c/o Tomasz Kilimkiewicz

**ADDRESS WHERE ATTEMPTED OR SERVED:** 700 Lee St., Elk Grove Village, IL 60007

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:

**Age:**   **Gender:**   **Race:**   **Height:**   **Weight:**   **Hair:**   **Glasses:**

_____ **INDIVIDUAL SERVICE** by delivering to the within named defendant a copy of this process personally on

_____ **SUBSTITUTE SERVICE** by leaving a copy of this process at the usual place of abode with: _____, *Relationship*: _____ a person residing therein who is the age of 13 years or upwards confirmed the defendant resides at the above address and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at the usual place of abode on or about _____.

_____ **CORPORATE OR GOVERNMENT SERVICE** by leaving a copy of this process _____, *title*, \_\_\_\_\_, a person authorized to accept service and informed that person of the contents thereof on _____.

**_X_** **NON-SERVICE** for the reason that after diligent attempts on 10/20/2017 @ 12:20 p.m. the facility is currently Champion Machine and has been a tenant at this location for over 2 years. No International Eagle Express is located at this property.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on Oct 21, 2017

_Marcia Clark_
Notary Public

Signature of Process Server

OFFICIAL SEAL
MARCIA L CLARK
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 06/19/2021

IN THE IOWA DISTRICT COURT FOR POTTAWATTAMIE COUNTY, IOWA

ESTATE OF ADAM WOLF, by and
Through Clarissa Wolf, duly
Appointed REPRESENTATIVE; ALW,
By and through her parent and next best
Friend, CLARISSA WOLF; and
CLARISSA WOLF, in her own right,

        Plaintiff

v.

INTERNATIONAL EAGLE EXPRESS
INC., AIT WORLDWIDE LOGISTICS,
INC., TOTAL QUALITY LOGISTICS,
LLC, and ANGELO CHIARELLI

        Defendants

Case# LACV116774

### AFFIDAVIT OF SPECIAL PROCESS SERVER

I, Lisa Everett, being first duly sworn on oath depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Lisa M Everett PI, a licensed Private Detective Agency & Process Agency, license number P120900515 appointed by the court, to serve process in the above referenced case.

**TYPE OF PROCESS:** ORIGINAL NOTICE, PETITION AND DEMAND FOR JURY TRIAL

**PARTY TO BE SERVED:** International Eagle Express, Inc., c/o BM Taxes & Accounting PC

**ADDRESS WHERE ATTEMPTED OR SERVED:** 7324 W. Lawrence Ave., Harwood Heights, IL 60706

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:

**Age:** 35-40   **Gender:** M   **Race:** C   **Height:** 5'9"   **Weight:** 175   **Hair:** Brown   **Glasses:** N

_____ **INDIVIDUAL SERVICE** by delivering to the within named defendant a copy of this process personally on

_____ **SUBSTITUTE SERVICE** by leaving a copy of this process at the usual place of abode with: _____, *Relationship*: _____ a person residing therein who is the age of 13 years or upwards confirmed the defendant resides at the above address and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at the usual place of abode on or about _____.

__X__ **CORPORATE OR GOVERNMENT SERVICE** by leaving a copy of this process with MIREK NIEMIEC, *title*, Lead Accountant, a person authorized to acept service and informed that person of the contents thereof on 10/20/17 @ 12:00 p.m..

_____ **NON-SERVICE** for the reason that after diligent attempts on:.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on Oct 21, 2017

_Marcia Clark_
Notary Public

_[signature]_
Signature of Process Server

OFFICIAL SEAL
MARCIA L CLARK
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 08/10/2021