IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ESTATE OF ADAM WOLF, by and through CLARISSA WOLF, duly appointed Representative; ALW, by and through her parent and next best friend, CLARISSA WOLF; AMW, by and through her parent and next best friend CLARISSA WOLF, and CLARISSA WOLF, in her own right,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERNATIONAL EAGLE EXPRESS, INC; AIT WORLDWIDE LOGISTICS, INC.; TOTAL QUALITY LOGISTICS, LLC; and ANGELO CHIARELLI,<br><br>Defendants. | 1:17-cv-30-HCA<br><br><br><br><br><br><br><br><br><br>SCHEDULING AND TRIAL SETTING ORDER |

A scheduling conference was conducted pursuant to Fed. R. Civ. P. 16 on December 19, 2017. Based on the discussions during the conference and the parties' proposed schedule, it is hereby ordered:

1. A Jury Trial shall begin on **February 25, 2019** at **9:00 AM** before United States Chief Magistrate Judge Helen C. Adams at the United States courthouse, Council Bluffs, Iowa. Trial is estimated to take five to seven (5-7) day(s).

2. A Final Pretrial Conference shall be held on **February 5, 2019** at **1:30 PM** before Chief Magistrate Judge Helen C. Adams at the U.S. Courthouse in Council Bluffs, Iowa.

3. Initial Disclosures shall be made by **January 12, 2018**.

4. Motions to add parties shall be filed by **February 20, 2018**.

5. Motions for leave to amend pleadings shall be filed by **February 20, 2018**.

6. Plaintiff shall designate expert witnesses and disclose their written reports by **March 19, 2018**.

7.     Defendant shall designate expert witnesses and disclose their written reports by **May 18, 2018**.

8.     Plaintiff shall designate rebuttal expert witnesses and disclose their written reports by **June 18, 2018**.

9.     Discovery shall be completed by **August 16, 2018**. Written discovery shall be propounded so that the time for response is not later than this date.

10.     Dispositive motions shall be filed by **September 17, 2018**.

IT IS SO ORDERED.

Dated December 19, 2017.

_Helen C. Adams_
Helen C. Adams
Chief U.S. Magistrate Judge