IN THE UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT
WESTERN DIVISION

| | |
|---|---|
| ESTATE OF ADAM WOLF, by and through CLARISSA WOLF, duly appointed REPRESENTATIVE; ALW, by and through her parent and next best friend, CLARISSA WOLF; AMW, by and through her parent and next best friend, CLARISSA WOLF; and CLARISSA WOLF, in her own right, <br><br> Plaintiffs, <br><br> vs. <br><br> INTERNATIONAL EAGLE EXPRESS, INC., AIT WORLDWIDE LOGISTICS, INC., TOTAL QUALITY LOGISTICS, LLC, and ANGELO CHIARELLI, <br><br> Defendants. | File No.: 1-17-cv-00030-SMR-HCA <br><br><br> TOTAL QUALITY LOGISTICS LLC'S THIRD-PARTY COMPLAINT AGAINST IEX XPRESS INC. |
| TOTAL QUALITY LOGISTICS, LLC, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> IEX XPRESS INC., <br><br> Third-Party Defendant. | |

COMES NOW Defendant Total Quality Logistics LLC (TQL) and submits its Third-Party complaint and states as follows:

PARTIES AND JURISDICTION

1.  Defendant Total Quality Logistics, LLC, (TQL) is an Ohio corporation.

2.  IEX Xpress Inc. is an Illinois Corporation.

1

3. The underlying claims of this action occurred in Iowa.

4. On October 5, 2017, Plaintiff filed this action in the Iowa District Court for Pottawattamie County.

5. On October 27, 2017, TQL removed this action to the United States District Court for the Southern District of Iowa.

6. Plaintiff asserts that November 4, 2016, Adam Wolf died as a result of a motor vehicle accident that was a result of negligence and negligent supervision of defendants, including TQL.

7. This Court has diversity jurisdiction over this action under 28 U.S.C. 1332(a).

## COUNT I-Breach of Contract

8. TQL has been sued by Plaintiff for monetary damages resulting from a motor vehicle accident that occurred on November 4, 2016.

9. On September 15, 2016, AIT Worldwide Logistics, Inc. entered into a contract with TQL, to find transportation for commodities.

10. On September 16, 2016, TQL, as a broker, entered into a contract with IEX Xpress Inc., as a carrier, to haul those commodities. The contract is attached and incorporated herein as Ex. 1.

11. Included in the contract was the following language:

> CARRIER [IEX Xpress Inc.] is prohibited from brokering, re-brokering, subcontracting, transferring, trip leasing, assigning or interlining the transportation of shipments to any other person or entity conducting business under an operating authority different from CARRIER's Operating Authority without advance written authorization from BROKER.

12. In breach of that contractual language and the law, IEX Xpress Inc. brokered the transportation of the commodities to International Eagle Express, Inc.

13. International Eagle Express, Inc., was transporting the load on November 4, 2016,

2

when an accident occurred, resulting in the death of Adam Wolf.

## COUNT II-Contractual Indemnity

14. In the same September 16, 2016, contract, IEX Xpress, Inc. agreed to indemnify TQL. Specifically, IEX Xpress agreed "to defend, indemnify, and hold [TQL] and CUSTOMERS harmless from and against any and all claims or liability (including, without limitation, Workers' Compensation claims), arising out of or in any way related to [IEX Xpress Inc]'s negligence, willful misconduct, acts, omissions, or performance or failure to perform under this Agreement, including, without limitation, claims or liability for cargo loss and damage, theft, delay, damage to property and bodily injury and/or death."

15. IEX Xpress Inc. has failed to defend and indemnify TQL.

16. As a result of IEX Xpress Inc.'s acts, the company's improperly brokering the transportation of the commodities to International Eagle Express in breach of the contract, TQL has been sued by the Estate of Adam Wolf.

WHEREFORE Defendant Total Quality Logistics, LLC respectfully requests the Court order IEX Xpress Inc. to indemnify TQL. Also, if Plaintiff Wolf is awarded damages against TQL, TQL requests the Court enter judgment against IEX Xpress Inc. in the same amount awarded to Plaintiff Wolf plus interest, costs, and attorney fees and provide any other relief the Court deems just and equitable.

GREFE & SIDNEY, P.L.C.

By  /s/ Mark W. Thomas
    Mark W. Thomas AT0007832
    Aaron Lindebak AT0011917
    500 East Court Avenue, Suite 200
    P.O. Box 10434
    Des Moines, IA   50306
    Telephone:    515/245-4300
    Fax:    515/245-4452
    mthomas@grefesidney.com

alindebak@grefesidney.com
ATTORNEYS FOR DEFENDANT
TOTAL QUALITY LOGISTICS, LLC

PROOF OF SERVICE

The undersigned certified that the foregoing instrument was served upon all parties to the above cause by service upon each of the attorneys of record herein at their respective addresses disclosed on the pleadings on the 5th day of January, 2018 pursuant to electronic filing procedures.

Signature: /s/ Mark W. Thomas