

*1157*

Law firm ref#:

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

**Total Quiality Logistics, LLC.,**

    Plaintiff(s),

vs.

**IEX Xpress, Inc.,**

    Defendant(s).

Case No.: 1-17-cv-00030-SMR-HCA



### AFFIDAVIT OF SPECIAL PROCESS SERVER

I, **Nicholas Beyer**, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an agent/employee of All County Investigations and Process Serving, Inc., a licensed private detective agency, license number 117-001697.

DEFENDANT TO BE SERVED: **IEX Xpress, Inc. c/o Edyta Ksiag**

I, Served the within named defendant on **January 31, 2018 @ 3:10 PM**

(x) **CORPORATE SERVICE:** by leaving a copy of this process with **Edyta Ksiag**. (Title): **Registered Agent**, a person authorized to accept service I informed that person of the contents thereof.

TYPE OF PROCESS: **Summons and Complaint**

ADDRESS WHERE ATTEMPTED OR SERVED: **600 Tollgate Rd., Suite C, ElGIN, Illinois 60123**

The sex, race and approximate age of the defendant and/or other person with whom the copy of this process was left is as follows:

Sex: **Female** - Skin: **Caucasian** - Hair: **Brown** - Approx. Age: **49** - Height: **5ft 05in** - Weight: **100-130 lbs**

Under penalties as provided by laws pursuant to Section 1-109 of Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

State of ILLINOIS

County of KANE

Subscribed and Sworn to before me on this

31 day of January, 20 18

Signature of Notary Public

X _____
    Nicholas Beyer

ERIC R MOSKAL
"OFFICIAL SEAL"
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires
June 11, 2018

Job: 1157
File: