IN THE UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT
WESTERN DIVISION

| | |
|---|---|
| ESTATE OF ADAM WOLF,<br>by and through CLARISSA WOLF,<br>duly appointed REPRESENTATIVE;<br>ALW, by and through her parent and<br>next best friend, CLARISSA WOLF;<br>AMW, by and through her parent and<br>next best friend, CLARISSA WOLF; and<br>CLARISSA WOLF, in her own right,<br><br>      Plaintiffs,<br><br>vs.<br><br>INTERNATIONAL EAGLE EXPRESS, INC.,<br>AIT WORLDWIDE LOGISTICS, INC.,<br>TOTAL QUALITY LOGISTICS, LLC, and<br>ANGELO CHIARELLI,<br><br>      Defendants. | File No: 1:17-cv-00030-SMR-HCA<br><br><br><br>AMENDED ANSWER, AFFIRMATIVE<br>DEFENSES and JURY DEMAND OF<br>DEFENDANT TOTAL QUALITY<br>LOGISTICS LLC |

COMES NOW Defendant Total Quality Logistics LLC and for its Answer to the Plaintiffs' Petition states as follows:

**PARTIES, JURISDICTION and VENUE**

1. Denied for lack of knowledge.

2. Denied for lack of knowledge.

3. Denied for lack of knowledge.

4. Admitted.

5. This is a legal assertion for the Court to address.

6. Admitted.

7. This is a legal assertion for the Court to address.

1

8. Denied.

9. This is a legal assertion for the Court to address.

10. Admitted.

11. Denied for lack of knowledge.

12. This is a legal assertion for the Court to address.

13. Denied.

14. This is a legal assertion for the Court to address.

**COMMON FACTS**

15. Denied for lack of knowledge.

16. Denied.

17. Admitted.

18. Denied.

19. Denied.

20. Denied for lack of knowledge.

21. Denied for lack of knowledge.

22. Denied for lack of knowledge.

23. Denied.

24. Denied.

25. Defendant moves to strike this paragraph which is improper and incorrect. Courts and judges determine whether laws have been violated. The Iowa State Patrol investigates and reports on accidents. To the extent any further answer is required, it is denied.

26. Denied.

27. Denied.

### DIVISION I – Wrongful Death

28. Defendant realleges its answers to all paragraphs herein.

29. Denied.

30. Denied.

31. Denied.

### DIVISION II – Loss of Consortium, Support, Companionship and Society

32. Defendant realleges its answers to all paragraphs herein.

33. Denied.

34. Denied.

### DIVISION III – Angelo Chiarelli

35. Defendant realleges its answers to all paragraphs herein.

36. This is a legal assertion for the Court to address.

37. Denied.

38. Denied.

### DIVISION IV – Vicarious Liability-International Eagle Express

Division IV is not addressed to Defendant Total Quality Logistics LLC.

### DIVISION V – Negligence-AIT Worldwide Logistics, Inc., Non-Delegable Duty

Division V is not addressed to Defendant Total Quality Logistics LLC.

### DIVISION VI – Negligence-AIT Worldwide Logistics, Inc. Joint Venture or alternatively, Negligent Selection

Division VI is not addressed to Defendant Total Quality Logistics LLC.

### DIVISION VII – Negligence-Total Quality Logistics, LLC and AIT Worldwide Logistics, Inc. Negligent Selection

56. Defendant realleges its answers to all paragraphs herein.

57. Denied.

58. Denied.

59. Denied.

60. Denied.

### DIVISION VIII – Negligence-International Eagle Express, Inc., AIT Worldwide Logistics, Inc., and Total Quality Logistics, LLC Negligent Supervision

61. Denied.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

67. Denied.

WHEREFORE Defendant Total Quality Logistics, LLC prays that the Plaintiff's petition be dismissed and the costs thereof be assessed against the Plaintiffs.

### AFFIRMATIVE DEFENSES

1. Federal Preemption. The Plaintiff's claim against TQL is preempted by the Federal Aviation Administration Authorization Act, 49. U.S.C. 14501(c).

### JURY DEMAND

COMES NOW Defendant Total Quality Logistics, LLC and hereby requests a trial by jury in the above cause of action.

GREFE & SIDNEY, P.L.C.

By /s/ Mark W. Thomas
    Mark W. Thomas   AT0007832
    Aaron W. Lindebak AT0011917
    500 East Court Avenue, Suite 200
    P.O. Box 10434
    Des Moines, IA   50306
    Telephone:   515/245-4300
    Telefax:   515/245-4452
    E-mail: mthomas@grefesidney.com
    E-mail: alindebak@grefesidney.com
    ATTORNEYS FOR DEFENDANT
    TOTAL QUALITY LOGISTICS, LLC

PROOF OF SERVICE

The undersigned certified that the foregoing instrument was served upon all parties to the above cause by service upon each of the attorneys of record herein at their respective addresses disclosed on the pleadings on the 15th of February, 2018 pursuant to electronic filing procedures.

                Signature:  /s/ Mark W. Thomas