## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| **ESTATE OF ADAM WOLF, by and through CLARISSA WOLF, duly appointed REPRESENTATIVE; ALW, by and through her parent and next best friend, CLARISSA WOLF; AMW, by and through her parent and next best friend, CLARISSA WOLF; and CLARISSA WOLF, in her own right,** | **Plaintiffs' First Amended Complaint** |
| Plaintiff(s), | |
| And | No. 1-17-cv-30-SMR-HCA |
| **Mail Contractors of America, INC.** | |
| Intervenor, | |
| vs. | |
| **International Eagle Xpress, Inc. and/or IEX Xpress, Inc., AIT Worldwide Logistics, Inc., Total Quality Logistics, LLC, and Angelo Chiarelli,** | |
| Defendant(s). | |
| **Total Quality Logistics, LLC.** | |
| Third Party Plaintiff, | |
| v. | |
| **IEX XPRESS, INC,** | |
| Third Party Defendant. | |

COMES NOW, all Plaintiffs, by and through their attorneys' Jerome Okolo and Judith Wells, and for their causes of action state as follows:

### PARTIES, JURISDICTION AND VENUE

1.     At all times material hereto, the Estate of Adam Wolf is an Estate, pending in Douglas County Probate Court, Douglas County, Nebraska.

2.     Clarissa Wolf is the duly appointed and authorized Personal Representative of the Estate of Adam Wolf and the surviving spouse of the decedent, Adam Wolf.

3.      ALW and AMW are the natural born children of the decedent, Adam Wolf and Clarissa Wolf.  Each is a minor child and a resident of the State of Nebraska.  Pursuant to Rule 16.602-606 of the Iowa Rules Pertaining to the use of the Electronic Document Management System, the full legal names of the minor children have been omitted and replaced with initials, but the full legal names will be provided on the Court's protected information form and shared with the parties once an appropriate protective order is entered in this matter.

4.      On information and belief, at all times material hereto, Defendant, International Eagle Xpress, Inc. and/or IEX, Xpress, Inc. while a foreign Defendant is and has done business in the State of Iowa and has placed its products and offered its services in the stream of commerce with the intent and expectation that they reach Iowa residents.

5.      International Eagle Xpress, Inc. and/or IEX, Xpress, Inc. is subject to the jurisdiction of Iowa courts pursuant to Iowa's long arm statute.

6.      On information and belief, at all times material hereto, Defendant, AIT Worldwide Logistics, Inc. while a foreign Defendant is and has done business in the State of Iowa and has placed its products and offered its services in the stream of commerce with the intent and expectation that they reach Iowa residents.

7.      AIT Worldwide Logistics, Inc. is subject to the jurisdiction of Iowa courts pursuant to Iowa's long arm statute.

8.      On information and belief, at all times material hereto, Defendant, Total Quality Logistics, LLC, while a foreign Defendant is and has done business in the State of Iowa and has placed its products and offered its services in the stream of commerce with the intent and expectation that they reach Iowa residents.

9.      Total Quality Logistics, LLC, is subject to the jurisdiction of Iowa courts pursuant to Iowa's long arm statute.

10.     On information and belief, at all times material hereto, Defendant, Angelo Chiarelli was employed as a commercial driver for International Eagle Xpress, Inc. and/or IEX, Xpress, Inc. and was performing actions within his authority as an employee while present in the State of Iowa on November 4, 2016.

11.     On information and belief, Defendant, Angelo Chiarelli is a resident of the State of Illinois.

12.     Angelo Chiarelli is subject to the jurisdiction of Iowa courts pursuant to Iowa's long arm statute.

13.     This Court has personal jurisdiction over the Defendants, and venue is proper in this county because the acts of wrongdoing that are the subject of this lawsuit occurred in Pottawattamie County, Iowa and the harm to the Plaintiff's was suffered in Pottawattamie County, Iowa.

14.     The amount in controversy in this lawsuit exceeds $50,000 and thus venue is proper in this Court and this case is not appropriate as an expedited proceeding.

**COMMON FACTS**

15.     On Friday, November 4, 2016, Angelo Chiarelli, while operating a Semi Tractor Trailer under the terms of his employment as a commercial driver for his employer, International Eagle Xpress, Inc. and/or IEX, Xpress, Inc., was Eastbound on Interstate I-80 near Atlantic, Iowa.

16.    International Eagle Xpress, Inc. and/or IEX, Xpress, Inc. was selected by AIT Worldwide Logistics, Inc. and its authorized broker agent, Total Quality Logistics, LLC, to transport freight for AIT's client, which Mr. Chiarelli was transporting at the time.

17.    At the time, AIT Worldwide Logistics, Inc. was duly licensed by the Federal Motor Carrier Safety Administration as a motor carrier and was operating as a motor carrier for the purpose of transporting the freight which Mr. Chiarelli was transporting.

18.    International Eagle Xpress, Inc. and/or IEX, Xpress, Inc. was acting within the scope of its business relationship with AIT Worldwide Logistics, Inc. through the authority of AIT Worldwide Logistics, Inc. broker agent, Total Quality Logistics, LLC.

19.    Mr. Chiarelli operated his vehicle in a manner such that the vehicle left the interstate roadway, struck the guardrail, rebounded to strike the South side of the roadway bridge, struck the North side of the same bridge, rolled over onto its left side and eventually slid to a stop blocking both sides of the Interstate roadway and the North shoulder.

20.    Adam Wolf was also operating a Semi Tractor Trailer under the terms of his employment as a commercial driver for Mail Contractors of America, when his vehicle, unable to stop or avoid Mr. Chiarelli's vehicle, collided with it, causing both vehicles to burst into flames.

21.    Mr. Wolf was unable to escape the wreckage and ensuing flames and was pronounced dead at the scene after being extracted from his flaming vehicle.

22.    The fire and blunt force trauma resulting from the collision caused severe injury to Adam Wolf, which injuries ultimately resulted in his death.

23.     Mr. Chiarelli's loss of control of his vehicle, causing it to block both sides of the Interstate, caused an unreasonable risk of harm to other users of the Interstate, including Adam Wolf.

24.     It was reasonably foreseeable that Mr. Chiarelli's vehicle blocking both sides of the Interstate would cause a collision with other users of the Interstate, including Adam Wolf.

25.     A post-accident investigation carried out by the Iowa State Patrol, District 3 reached the conclusion that Mr. Chiarelli was at fault for the collision, injuries, and death of Mr. Wolf.  In this same investigation report, Mr. Chairelli was found to have violated Iowa Code, Chapter 707.6A (2), and 49 CFR Part 395, Driving over hours.

26.     The collision, fire, injuries and damages as set forth in this Petition, along with Defendants' negligence is within the scope of each Defendant's liability as set forth herein and as will be proved at trial.

27.     The Defendants are jointly and severally liable to the Plaintiffs for the injuries and damages set forth herein.

## DIVISION I

### Wrongful Death

28.     That these Plaintiffs, individually, jointly, and/or severally replead and reallege the allegations of this Petition, including each and every paragraph of this Petition appearing above and appearing below this paragraph, and by this reference incorporate said paragraphs to have the same force and effect as though fully set forth herein.

29.     As a direct and proximate result of Defendants' negligent acts and omissions, occurring concurrently or otherwise, Plaintiffs have suffered injury and damage and are

entitled to damages, including for loss of consortium as set forth in Division II of this Petition, which allegations are by this reference incorporated as though fully set forth herein.

30.     As a direct, actual and proximate cause of the above stated allegations, the damages sustained by the Plaintiff, the Estate of Adam Wolf, includes but is not limited to:

a.      Diminution in present worth of the value of the Estate;

b.      Present value of the additional amounts Decedent would reasonably be expected to have accumulated as a result of his own effort had Decedent lived out the term of his natural life;

c.      Lost earning capacity and loss of income to the Estate;

d.      Funeral expenses and interest on funeral expenses;

e.      Pre-death physical and mental pain and suffering;

f.      Pre-death loss of full mind and body;

g.      Past Doctor, Hospital, Medical Transportation, Autopsy and all other charges for medicine, diagnosis, care and treatment;

h.      Any other economic losses which may be shown during discovery in this matter.

31.     As a direct, actual and proximate cause of Defendants' various acts and omissions, as alleged above, including as a result of Defendant, Angelo Chiarelli's negligent acts, the Plaintiffs herein have sustained the above stated damages and are entitled to just, reasonable, and adequate compensation therefore.

        WHEREFORE, all Plaintiffs pray for judgment against the Defendants, jointly and severally, including, International Eagle Xpress, Inc. and/or IEX, Xpress, Inc., AIT

Worldwide Logistics, Inc., Total Quality Logistics, LLC, and Angelo Chiarelli, in an amount that is just, reasonable, and adequate compensation together with interest as by law allowed, and the costs of this action.

## DIVISION II

### Loss of Consortium, Support, Companionship and Society

32.     That these Plaintiffs, individually, jointly, and/or severally replead and reallege the allegations of this Petition, including each and every paragraph of this Petition appearing above and appearing below this paragraph, and by this reference incorporate said paragraphs to have the same force and effect as though fully set forth herein.

33.     That Clarissa Wolf, the surviving spouse of the Decedent, Adam Wolf, and his natural born children with Ms. Wolf, ALW and AMW, have suffered unjust hardship and loss of services, companionship, society, support, fellowship and consortium all by reason of the injuries and damages sustained by their husband and father, Adam Wolf, and are entitled to damages for the same.

34.     As a direct, actual and proximate cause of Defendants' various acts and omissions, as alleged above, including as a result of Defendant, Angelo Chiarelli's negligent acts, the Plaintiffs herein have sustained the above stated damages and are entitled to just, reasonable, and adequate compensation therefore.

WHEREFORE, all Plaintiffs pray for judgment against the Defendants, jointly and severally, including, International Eagle Xpress, Inc. and/or IEX, Xpress, Inc., AIT Worldwide Logistics, Inc., Total Quality Logistics, LLC, and Angelo Chiarelli, for such sums as would reasonably compensate them for their injuries, statutory interest, wrongful

death, and loss of consortium, and the costs of this action and for such other and further relief as would be just and equitable in the premises.

## DIVISION III

### Negligence – Angelo Chiarelli

35.    That these Plaintiffs, individually, jointly, and/or severally replead and reallege the allegations of this Petition, including each and every paragraph of this Petition appearing above and appearing below this paragraph, and by this reference incorporate said paragraphs to have the same force and effect as though fully set forth herein.

36.    That Angelo Chiarelli owed Plaintiffs and Adam Wolf a duty to safely operate his vehicle within the laws and regulations guiding the operation of Semi-Tractor trailers transporting freight on national Interstate roadways within the State of Iowa.

37.    Defendant, Angelo Chiarelli breached those duties by operating his vehicle in an unsafe manner and in violation of applicable laws and regulations including, Iowa Code Chapter 707.6A (2) and 49 CFR Part 395.

38.    As a direct, actual and proximate cause of Defendants' various acts and omissions, as alleged above, including as a result of Defendant, Angelo Chiarelli's negligent acts, the Plaintiffs herein have sustained the above stated damages and are entitled to just, reasonable, and adequate compensation therefore.

WHEREFORE, all Plaintiffs pray for judgment against the Defendants, jointly and severally, including, International Eagle Xpress, Inc. and/or IEX, Xpress, Inc., AIT Worldwide Logistics, Inc., Total Quality Logistics, LLC, and Angelo Chiarelli, in an amount that is just, reasonable, and adequate compensation together with interest as allowed by law, and the costs of this action.

**DIVISION IV**

**Vicarious Liability – International Eagle Xpress and/or IEX, Xpress**

39.     That these Plaintiffs, individually, jointly, and/or severally replead and reallege the allegations of this Petition, including each and every paragraph of this Petition appearing above and appearing below this paragraph, and by this reference incorporate said paragraphs to have the same force and effect as though fully set forth herein.

40.     That Angelo Chiarelli was employed as a driver for International Eagle Xpress, Inc. and/or IEX, Xpress, Inc. and was acting within the scope of his employment on November 4, 2016, when he caused the physical injuries, conscious pain and suffering, and death of the Decedent, Adam Wolf.

41.     That International Eagle Xpress, Inc. and,or IEX, Xpress, Inc., as Mr. Chiarelli's employer, is liable for all his acts and omissions which directly and/or proximately caused the above stated damages as pled by the Plaintiffs.

42.     As a direct, actual and proximate cause of Defendants' various acts and omissions, as alleged above, including as a result of Defendant, Angelo Chiarelli's negligent acts, the Plaintiffs herein have sustained the above stated damages and are entitled to just, reasonable, and adequate compensation therefore.

WHEREFORE, all Plaintiffs pray for judgment against the Defendants, jointly and severally, including, International Eagle Xpress, Inc. and/or IEX, Xpress, Inc., AIT Worldwide Logistics, Inc., Total Quality Logistics, LLC, and Angelo Chiarelli, in an amount that is just, reasonable, and adequate compensation together with interest as allowed by law, and the costs of this action.

**DIVISION V**

**Negligence – AIT Worldwide Logistics, Inc., Non Delegable Duty**

43.     That these Plaintiffs, individually, jointly, and/or severally replead and reallege the allegations of this Petition, including each and every paragraph of this Petition appearing above and appearing below this paragraph, and by this reference incorporate said paragraphs to have the same force and effect as though fully set forth herein.

44.     That Defendant, AIT Worldwide Logistics, Inc. was duly licensed by the Federal Motor Carrier Safety Administration ("FMCSA") as a motor carrier and was operating as a motor carrier for the purpose of transporting the freight which Mr. Chiarelli was transporting.

45.     That as a duly licensed FMCSA carrier, AIT Worldwide Logistics, Inc. was subject to all the laws and regulations guiding the safe transportation of freight by carriers licensed under FMCSA regulations.

46.     That AIT Worldwide Logistics, Inc. was also subject to all extant Iowa State and Federal laws and regulations guiding safe transportation of freight by licensed carriers, including any agreements entered into for the transportation of said freight.

47.     That AIT Worldwide Logistics, Inc. had a non-delegable duty to the public and the Plaintiffs to safely transport the freight under all applicable laws and any agreements entered into for the transportation of said freight.

48.     Angelo Chiarelli breached AIT Worldwide Logistics, Inc.'s non-delegable duty of care to the public and the Plaintiffs by operating his vehicle in an unsafe manner and in violation of applicable laws, regulations, and agreements, including Iowa Code Chapter 707.6A (2) and 49 CFR Part 395 while transporting said freight.

49.     As a direct, actual and proximate cause of Defendants' various acts and omissions, as alleged above, including as a result of Defendant, Angelo Chiarelli's negligent acts, the Plaintiffs herein have sustained the above stated damages and are entitled to just, reasonable, and adequate compensation therefore.

WHEREFORE, all Plaintiffs pray for judgment against the Defendants, jointly and severally, including, International Eagle Xpress, Inc. and/or IEX, Xpress, Inc., AIT Worldwide Logistics, Inc., Total Quality Logistics, LLC, and Angelo Chiarelli, in an amount that is just, reasonable, and adequate compensation together with interest as allowed by law, and the costs of this action.

## DIVISION VI

### Negligence – AIT Worldwide Logistics, Inc. Joint Venture or alternatively, Negligent Selection

50.     That these Plaintiffs, individually, jointly, and/or severally replead and reallege the allegations of this Petition, including each and every paragraph of this Petition appearing above and appearing below this paragraph, and by this reference incorporate said paragraphs to have the same force and effect as though fully set forth herein.

51.     That AIT Worldwide Logistics, Inc. actions in selecting International Eagle Xpress, Inc. and/or IEX, Xpress, Inc. as the actual carrier for the freight being transported by Mr. Chiarelli evidenced an intention for AIT to be bound with International Eagle Xpress, Inc. and/or IEX, Xpress, Inc., including the sharing of all profits and liabilities involved in undertaking the specific task of transporting said freight, for profit.

52.     AIT Worldwide Logistics, Inc. and International Eagle Xpress, Inc./IEX, Xpress, Inc. exercised joint control over the actions of Angelo Chiarelli in such a manner that

AIT bears joint venture liability with International Eagle Xpress, Inc. and/or IEX, Xpress, Inc. for the acts and/or omissions of Mr. Chiarelli in transporting said freight.

53.     If, AIT Worldwide Logistics, Inc. was not in a joint venture with International Eagle Express, Inc. for the purpose of Mr. Chiarelli transporting the freight on November 4, 2016, then AIT Worldwide Logistics, Inc. had a duty of care to protect Plaintiffs from harm resulting from its selection of International Eagle Xpress, Inc. and/or IEX, Xpress, Inc. and Andrew Chiarelli to transport its freight.

54.     AIT Worldwide Logistics, Inc. breached its duty of care to the Plaintiffs by failing to exercise due care in selecting, failing to properly evaluate, supervise, and/or discipline Angelo Chiarelli and International Eagle Xpress, Inc. and/or IEX, Xpress, Inc. in the process of transporting said freight.

55.     As a direct, actual and proximate cause of Defendants' various acts and omissions, as alleged above, including as a result of Defendant, Angelo Chiarelli's negligent acts, the Plaintiffs herein have sustained the above stated damages and are entitled to just, reasonable, and adequate compensation therefore.

WHEREFORE, all Plaintiffs pray for judgment against the Defendants, jointly and severally, including, International Eagle Xpress, Inc. and/or IEX, Xpress, Inc., AIT Worldwide Logistics, Inc., Total Quality Logistics, LLC, and Angelo Chiarelli, in an amount that is just, reasonable, and adequate compensation together with interest as allowed by law, and the costs of this action.

## DIVISION VII

### Negligence – Total Quality Logistics, LLC. and AIT Worldwide Logistics, Inc. Negligent Selection

56.     That these Plaintiffs, individually, jointly, and/or severally replead and reallege the allegations of this Petition, including each and every paragraph of this Petition appearing above and appearing below this paragraph, and by this reference incorporate said paragraphs to have the same force and effect as though fully set forth herein.

57.     That Total Quality Logistics, LLC, was the broker for the selection of International Eagle Express, Inc. to transport the said freight on behalf of AIT Worldwide Logistics, Inc.

58.     Total Quality Logistics, LLC, had a duty of care to protect Plaintiffs from harm resulting from its selection of International Eagle Express, Inc. and Andrew Chiarelli to transport freight on behalf of AIT Worldwide Logistics, Inc.

59.     Total Quality Logistics, LLC and AIT Worldwide Logistics, Inc, breached their duty of care to the Plaintiffs by failing to exercise due care in selecting, failing to properly evaluate, supervise, and/or discipline Angelo Chiarelli and International Eagle Express, Inc. in the process of transporting said freight.

60.     As a direct, actual and proximate cause of Defendants' various acts and omissions, as alleged above, including as a result of Defendant, Angelo Chiarelli's negligent acts, the Plaintiffs herein have sustained the above stated damages and are entitled to just, reasonable, and adequate compensation therefore.

        WHEREFORE, all Plaintiffs pray for judgment against the Defendants, jointly and severally, including, International Eagle Xpress, Inc. and/or IEX, Xpress, Inc., AIT

Worldwide Logistics, Inc., Total Quality Logistics, LLC, and Angelo Chiarelli, in an amount that is just, reasonable, and adequate compensation together with interest as allowed by law, and the costs of this action.

## DIVISION VIII

### Negligence – International Eagle Xpress, Inc. and/or IEX, Xpress, Inc.  AIT Worldwide Logistics, Inc. and Total Quality Logistics, LLC. Negligent Supervision

61.     That these Plaintiffs, individually, jointly, and/or severally replead and reallege the allegations of this Petition, including each and every paragraph of this Petition appearing above and appearing below this paragraph, and by this reference incorporate said paragraphs to have the same force and effect as though fully set forth herein.

62.     At all times relevant, Mr. Chiarelli was under the direction, supervision, and control of International Eagle Xpress, Inc. and/or IEX, Xpress, Inc. AIT Worldwide Logistics, Inc. and Total Quality Logistics, LLC or was otherwise their agent.

63.     By entrusting Mr. Chiarelli with the responsibility and authority to safely transport freight on their behalf through his operation of a Semi trailer on the Interstate roadways, Defendants entered into an express and/or implied duty to ensure that Mr. Chiarelli operated his vehicle in a manner to protect the safety of all other users of the Interstate roadways, including Mr. Wolf.

64.     Defendants further assumed this duty by holding out Mr. Chiarelli as a safe and qualified driver who would operate his vehicle in accordance with all applicable statutes and regulations including, Iowa Code Chapter 707.6A (2) and 49 CFR Part 395.

65.     It was reasonably foreseeable that Mr. Chiarelli's operation of his vehicle in violation of Iowa Code Chapter 707.6A (2) and 49 CFR Part 395 created an unreasonable risk of harm to other users of the Interstate roadway, including Mr. Wolf.

66.     Despite this knowledge, Defendants acting jointly and/or severally failed to exercise reasonable care to supervise Mr. Chiarelli.

67.     As a direct, actual and proximate cause of Defendants' various acts and omissions, as alleged above, including as a result of Defendant, Angelo Chiarelli's negligent acts, the Plaintiffs herein have sustained the above stated damages and are entitled to just, reasonable, and adequate compensation therefore.

WHEREFORE, all Plaintiffs pray for judgment against the Defendants, jointly and severally, including, International Eagle Xpress, Inc. and/or IEX, Xpress, Inc., AIT Worldwide Logistics, Inc., Total Quality Logistics, LLC, and Angelo Chiarelli, in an amount that is just, reasonable, and adequate compensation together with interest as allowed by law, and the costs of this action.

## JURY DEMAND

Plaintiffs demand a jury trial of all issues arising from these causes of action.

Clarissa Wolf as personal representative of the Estate of Adam Wolf and surviving spouse of Adam Wolf and Legal Guardian of AMW and ALW,

/s/ Jerome Okolo

BY:    Jerome C. Okolo #23528
OKOLO LAW FIRM, LLC
7930 Blondo St.
Omaha, NE 68134
P: (402) 502-0512
F: (402) 502-8323

Jokolo@okololaw.com
Attorney for Plaintiffs
/s/ Judith A. Wells, #23090___
Law Office of Judith A. Wells
1603 Farnam Street
Omaha, NE 68102
(402) 884 2777
(402) 344 7798 facsimile
Jawells50@aol.com
Attorney for Plaintiffs