IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| ESTATE OF ADAM WOLF, by and through CLARISSA WOLF, duly appointed REPRESENTATIVE; ALW, by and through her parent and next best friend, CLARISSA WOLF; AMW, by and through her parent and next best friend, CLARISSA WOLF; and CLARISSA WOLF, in her own right, Plaintiffs, and MAIL CONTRACTORS OF AMERICA, INC., Intervening Plaintiff, v. INTERNATIONAL EAGLE XPRESS, INC., AIT WORLDWIDE LOGISTICS, INC., TOTAL QUALITY LOGISTICS, LLC, and ANGELO CHIARELLI, Defendants. | 1:17-cv-30-HCA **ORDER DENYING MOTION FOR DEFAULT JUDGMENT AS TO ANGELO CHIARELLI AND DIRECTING CLERK OF COURT TO ENTER DEFAULT JUDGMENT AS TO INTERNATIONAL EAGLE XPRESS INC. AND IEX XPRESS INC.** |
| TOTAL QUALITY LOGISTICS, LLC, Third-Party Plaintiff, v. IEX XPRESS INC., Third-Party Defendant. | |

1

Mail Contractors of America, Inc. filed a Motion for Entry of Default Judgment in Amount Certain Against IEX Xpress, Inc., International Eagle Xpress, Inc., and Angelo Chiarelli [99]. No response has been filed to the motion.

The Court orders that the Motion for Entry of Default Judgment [99] is **denied** as moot only with respect to Angelo Chiarelli due to a partial settlement reached in the case. Pursuant to Federal Rule of Civil Procedure 55(b), the Clerk of Court shall enter judgment for the sum certain set forth in the Motion and costs as against defendants IEX Xpress, Inc. and International Eagle Express, Inc.

**IT IS SO ORDERED.**

Dated February 27, 2019.

Helen C. Adams
Chief U.S. Magistrate Judge