UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

|                                                      |                                    |
| ---------------------------------------------------- | ---------------------------------- |
| Intervening Plaintiff,<br>v       Third-party Defendant | PARTIAL JUDGMENT IN A CIVIL CASE |
|                                                      | CASE NUMBER:                       |

    Defendant   and Third-Party Plaintiff,

    JURY VERDICT . This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

    DECISION BY COURT.  This action came before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Date:                                                                    CLERK, U.S. DISTRICT COURT

                                                                                                                                                  _____

                                                                                                                                                 By: Deputy Clerk