IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| **ESTATE OF ADAM WOLF**, *et al*.,<br>            Plaintiffs,<br>and<br>**MAIL CONTRACTORS OF AMERICA, INC.,**<br>            Intervening Plaintiff,<br>v.<br>**INTERNATIONAL EAGLE XPRESS, INC.,** *et al.*<br>      Defendants.<br>-------------------------------------------------------<br>**TOTAL QUALITY LOGISTICS, LLC,**<br>            Third-Party Plaintiff<br>v.<br>**IEX XPRESS, INC.**<br>            Third-Party Defendant | No. 1-17-cv-00030-SMR-HCA<br><br>**STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE** |

All parties not in default herein, pursuant to FED. R. CIV. P. 41(1)(ii) and L.R. 41(1)(2) hereby stipulated to the DISMISSAL WITH PREJUDICE of Count I (only) of Intervening Plaintiff Mail Contractors of America Inc.'s Amended and Substituted Intervening Company and Jury Demand (*i.e.*, all of Mail Contractors of America Inc.'s claim against Angelo Chiarelli) (*docket 68*). This dismissal does not apply to any other claim. Mail Contractors of America receipts out for costs provided that it owes no further costs.

| Plaintiffs **ESTATE OF ADAM WOLF, ALW, AMW** and **CLARRISSA WOLF**<br><br>/s/Jerome Okolo<br>Jerome Okolo, #NE23528<br>OKOLO LAW FIRM, LLC<br>7930 Blondo St.<br>Omaha, NE 68134<br>P: (402) 502-0512<br>F: (402) 502-8323<br>jokolo@okololaw.com | Defendant **ANGELO CHIARELLI**<br><br>*/s/ Matthew D. Jacobson*<br>Matthew D. Jacobson<br>WHITFIELD & EDDY, P.L.C.<br>699 Walnut St., Suite 2000<br>Des Moines, IA 50309<br>P: (515) 288-6041<br>F: (515) 246-1474<br>jacobson@whitfieldlaw.com |

| Intervening Plaintiffs **MAIL CONTRACTORS OF AMERICA INC.** | Defendant **AIT WORLDWIDE LOGISTICS, INC.** and Defendant/Third-Party **PLAINTIFF TOTAL QUALITY LOGISTICS, LLC** |
|---|---|
| */s/ Philip A. Burian* <br> Philip A. Burian   AT0001284 <br> SIMMONS PERRINE MOYER BERGMAN PLC <br> 115 Third Street SE, Suite 1200 <br> Cedar Rapids, IA  52401 <br> P: 319-366-7641 <br> F: 319-366-1917 <br> pburian@simmonsperrine.com | */s/ Mark W. Thomas* <br> Mark W. Thomas A0007832 <br> GREFE & SIDNEY, P.L.C. <br> 500 East Court Avenue, Suite 200 <br> P.O. Box 10434 <br> Des Moines, IA 50306 <br> P: (515) 245-4300 <br> F: (515) 245-4452 <br> mthomas@grefesidney.com |