UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

ESTATE OF ADAM WOLF, by and through CLARISSA WOLF, duly appointed REPRESENTATIVE; ALW, by and through her parent and next best friend, CLARISSA WOLF; AMW, by and through her parent and next best friend, CLARISSA WOLF; and CLARISSA WOLF, in her own right,

Plaintiffs,

and

MAIL CONTRACTORS OF AMERICA, INC.,

Intervening Plaintiff,

v.                                                                                          1:17-cv-30-HCA
                                                                                            JUDGMENT

AIT WORLDWIDE LOGISTICS, INC., and TOTAL QUALITY LOGISTICS, LLC,

Defendants.

TOTAL QUALITY LOGISTICS, LLC,

Third-Party Plaintiff,

v.

IEX XPRESS INC.,

Third-Party Defendant.

     DECISION BY COURT. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

     Defendants Total Quality Logistics, LLC and AIT Worldwide Logistics, Inc. motions for summary judgment are granted. Judgment is entered in favor of the Defendants and against the Plaintiff.

Dated: September 30, 2021                               CLERK, U.S. DISTRICT COURT

                                                                                     _/s/ K. Watson_
                                                                                     By: Deputy Clerk